IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

BROOKS MITCHELL,

      Appellant,

      Case No.  5D22-2925
v.      LT Case No. 2015-301300-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Brooks Mitchell, St. Augustine, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE and HARRIS, JJ., concur.